

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00220-CV

**IN RE SEPCO TUBULARS, INC.**, n/k/a North American Interpipe, Inc.,
a/k/a North American Interpipe, Inc., et al.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
           Sandee Bryan Marion, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed:  April 16, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On April 2, 2014, relator Sepco Tubulars, Inc. filed a petition for writ of mandamus complaining of the trial court's entry of a new docket control order extending discovery deadlines in the underlying litigation. Relator also filed an emergency motion for stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 6112, styled *United Resources, LP n/k/a Aubris Resources, LP v. Sepco Tubulars, Inc. n/k/a North American Interpipe, Inc., et al.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.